# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case Number 3:14-po-78 |
| -vs- | : | Chief Magistrate Judge Sharon L. Ovington |
| CELESTE A. HARPER, | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

The Court set collateral in the amount of $125.00. The defendant agreed to pay the total collateral set by the Court. The case is hereby dismissed.

4/30/15
                                                                                                                  s/Sharon L. Ovington
                                                                                                                      Sharon L. Ovington
                                                                                     Chief United States Magistrate Judge